# EXHIBIT 2



FEDERAL ELECTION COMMISSION
WASHINGTON, D.C. 20463

Brendan Fischer
Margaret Christ
Campaign Legal Center
1101 14th Street, NW Suite 400
Washington, DC 20005

**DEC 2 7 2019**

RE: MUR 7674

Dear Mr. Fischer & Ms. Christ:

This letter acknowledges receipt of your complaint on December 19, 2019, alleging possible violations of the Federal Election Campaign Act of 1971, as amended. The respondents will be notified of this complaint within five business days.

You will be notified as soon as the Federal Election Commission takes final action on your complaint. Should you receive any additional information in this matter, please forward it to the Office of the General Counsel. Such information must be notarized and sworn to in the same manner as the original complaint. We have numbered this matter MUR 7670. Please refer to this number in all future communications. For your information, we have attached a brief description of the Commission's procedures for handling complaints.

Any correspondence sent to the Commission must be addressed to one of the following:

| **Mail** | OR | **Email** |
|---|---|---|
| Federal Election Commission | | cela@fec.gov |
| Office of Complaints Examination | | |
| & Legal Administration | | |
| Attn: Kathryn Ross, Paralegal | | |
| 1050 First Street, NE | | |
| Washington, DC 20463 | | |

Sincerely,

Jeff S. Jordan
Assistant General Counsel
Complaints Examination &
Legal Administration

Enclosure:
Procedures