AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Campaign Legal Center | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  20-cv-1778-RCL |
| Federal Election Commission | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:  10/16/2020

/s/ Zachary A. Avallone
*Attorney's signature*

Zachary A. Avallone (DC Bar No. 1023361)
*Printed name and bar number*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
*Address*

zachary.a.avallone@usdoj.gov
*E-mail address*

(202) 514-2705
*Telephone number*

(202) 616-8470
*FAX number*