## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAMPAIGN LEGAL CENTER,

    *Plaintiff,*

v.

                                   **Case No. 1:20-cv-1778-RCL**

FEDERAL ELECTION COMMISSION,

    *Defendant.*

## ORDER

The Plaintiffs shall file a response to the Statement of Interest [16] filed by the United States within fourteen days

**IT IS SO ORDERED.**

Date:     11/3/20

                                             Royce C. Lamberth
                                             United States District Judge